No. 03–1388.  SPECTOR ET AL. *v.* NORWEGIAN CRUISE LINE LTD.  C. A. 5th Cir.  [Certiorari granted, 542 U. S. 965.]  Motions of the Acting Solicitor General and the Commonwealth of the Bahamas and the Bahama Maritime Authority for leave to participate in oral argument as *amici curiae* and for divided argument granted.

No. 03–1500.  VAN ORDEN *v.* PERRY, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS AND CHAIRMAN, STATE PRESERVATION BOARD, ET AL.  C. A. 5th Cir.  [Certiorari granted, *ante,* p. 923.]  Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.  Motions of the Foundation for Moral Law, Inc., and Faith and Action et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 03–1693.  MCCREARY COUNTY, KENTUCKY, ET AL. *v.* AMERICAN CIVIL LIBERTIES UNION OF KENTUCKY ET AL.  C. A. 6th Cir.  [Certiorari granted, *ante,* p. 924.]  Motion of Faith and Action et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 04–70.  EXXON MOBIL CORP. *v.* ALLAPATTAH SERVICES, INC., ET AL.  C. A. 11th Cir.; and
No. 04–79.  DEL ROSARIO ORTEGA ET AL. *v.* STAR-KIST FOODS, INC.  C. A. 1st Cir.  [Certiorari granted, *ante,* p. 924.]  Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 04–108.  KELO ET AL. *v.* CITY OF NEW LONDON, CONNECTICUT, ET AL.  Sup. Ct. Conn.  [Certiorari granted, 542 U. S. 965.]  Motion of Connecticut for leave to participate in oral argument as *amicus curiae* and for divided argument denied.